```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/23/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Julio De La Cruz, on behalf of himself and others similarly situated,

                Plaintiffs,

-against-

856 River Ave. Rest. Corp. et al.,

                Defendants.

1:22-cv-05080 (PGG) (SDA)

ORDER REFERRING
CASE TO MEDIATION

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The mediation should be scheduled for a date that is mutually convenient for all parties and the mediator within the next 60 days. The parties shall participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court. No later than seven days after the mediation is complete, the parties shall submit a joint status letter advising the Court of the outcome of the mediation.

**SO ORDERED.**

Dated:    New York, New York
           August 23, 2022

                                                      _____
                                                      STEWART D. AARON
                                                      United States Magistrate Judge