# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

January 11, 2023

**Via Electronic Filing**
The Honorable Paul G. Gardephe, U.S.D.J.
U.S. District Court, Southern District of New York
40 Foley Square New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/2023
```

Re:  *De La Cruz v. 856 River Ave. Rest. Corp., et al*
     Case No.: 22-cv-05080-PGG-SDA

Dear Honorable Judge Gardephe:

This law firm represents Plaintiffs Julio De La Cruz and Wally Sepulveda (collectively, the "Plaintiffs") in the above-referenced action.

Pursuant to Rule I(D)[1] of Your Honor's Individual Motion Practices, this letter respectfully serves as a request to a thirty (30) day extension of the parties' deadline to comply with your Honor's December 22, 2022 Order, from January 12, 2023 to, through and including, February 15, 2023. The instant request is made on consent of counsel for Defendants Georgios Manesis, Stamatios Manesis, 856 River Ave. Rest. Corp. and Vasilios Manesis (collectively, the "Defendants").

The basis of the request is that the necessary parties need additional time to confirm, and memorialize, the material terms of the disposition of the instant action.

We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

In light of the foregoing, Plaintiffs respectfully request that the Court extend the parties' deadline to comply with your Honor's December 22, 2022 Order, from January 12, 2023 to, through and including, February 15, 2023.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
    Jason Mizrahi
    60 East 42nd Street, Suite 4700
    New York, NY 10165
    Tel. No.: (212) 792-0048
    Email: Jason@levinepstein.com
    *Attorneys for Plaintiffs*

Request GRANTED. The parties are reminded that they may consent to Judge Aaron's jurisdiction for purposes of the *Cheeks* review by filing a consent form, which can be found at the following link: https://www.nysd.uscourts.gov/sites/default/files/practice_documents/sdaConsentToProceedBeforeUSMagistrateJudge.pdf. SO ORDERED.
Dated: January 12, 2023

*[signature: Stewart D. Aaron]*

VIA ECF: All Counsel

---

[1] The undersigned wishes to apologize, in advance, for making the instant application less than two (2) business days prior to the scheduled deadline.

1