**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

Julio De La Cruz, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action*,

                        *Plaintiff*,

            - against -

856 River Ave. Rest. Corp., Georgios Manesis, Stamatios Manesis, and Vasilios Manesis,

                        *Defendants*.
----------------------------------------------------------------X

Case No.: 22-cv-05080

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

      WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants 856 River Ave. Rest. Corp., Georgios Manesis, Stamatios Manesis, and Vasilios Manesis (collectively, the "Defendants"), having offered to allow Plaintiffs Julio De La Cruz and Wally Sepulveda (together, the "Plaintiffs") to take a judgment against the Defendants in this action in the total sum of Forty-Eight Thousand Dollars and zero cents ($48,000.00), payable as follows:

1. A payment in the amount of Forty-Eight Thousand Dollars and zero cents ($48,000.00) payable on or before January 3, 2023.

      WHEREAS, in the event of Defendants' failure to make any payment when due as set forth above, the breach shall result in accelerated payment of Seventy-two Thousand Dollars and zero cents ($72,000.00), together with all costs and attorneys' fees incurred by Plaintiffs in connection with any efforts to enforce any Judgment, less any payments made by Defendants as set forth herein. Defendants acknowledge and agree that this calls for a judgment in a greater amount than the initial judgment amount as a penalty for an uncured default.

      WHEREAS, the total sum of Forty-Eight Thousand Dollars and zero cents ($48,000.00)

is inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiffs' claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment").

WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

NOTICE IS HEREBY GIVEN that Plaintiff's counsel hereby confirms acceptance of Defendants' Offer of Judgment.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: _____
Jason Mizrahi
60 East 42nd Street, Suite 4700
New York, NY 10165
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiffs*

Via ECF: All Counsel

Encl.